114

## C. O. Ryberg, Appellee, v. Carrol Taylor, Appellant.
### Gen. No. 10,103.

opinion filed April 18, 1947; released for publication May 5, 1947. Russell, Russell & Russell, for appellant; Josef T. Skinner, for appellee. Opinion by JUSTICE BRISTOW. **Not to be published in full.**